**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-cv-23676-ALTMAN**

**BAPTIST HEALTH SOUTH FLORIDA, INC.**,

     *Plaintiff,*

*v.*

**SECRETARY, DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

     *Defendants.*

_____/

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal [ECF No. 5] in accordance with Federal Rule of Civil Procedure 41. Being fully advised, we hereby **ORDER and ADJUDGE** that this action is **DISMISSED** *without prejudice*. Each party shall bear its own attorneys' fees and costs. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**. The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on June 10, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:     counsel of record